

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★　　　　★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00172-CV

## IN RE Jose E. ROBLES and STATE COACH CARTAGE AND DISTRIBUTION, LP

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:　　Catherine Stone, Chief Justice
　　　　　　Karen Angelini, Justice
　　　　　　Steven C. Hilbig, Justice

Delivered and Filed: April 21, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On February 24, 2010, relators filed a petition for writ of mandamus. The court has considered relators' petition for writ of mandamus and the response and reply briefs and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-09-357, styled *Noel Pena, et. al. vs. Jose E. Robles, et al.*, pending in the 381st Judicial District Court, Starr County, Texas, the Honorable Jose Luis Garza presiding.